CHARLES A. SWEET as Receiver, etc., Respondent, *v.* FREDERICK GEIB et al., Appellants.

(Argued January 29, 1879; decided February 11, 1879.)

*John Hubbell* for appellants.

*William H. Gurney* for respondent.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.